B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13−28998**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gertie L Williams
   7126 S. Maplewood Ave
   Chicago, IL 60629

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6517

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                            FOR THE COURT

Dated: <u>November 6, 2013</u>                      <u>Kenneth S. Gardner, Clerk</u>
                                                   United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-28998-ERW
Gertie L Williams                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: admin              Page 1 of 2           Date Rcvd: Nov 06, 2013
                             Form ID: b18             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2013.
```
db         +Gertie L Williams,   7126 S. Maplewood Ave,   Chicago, IL 60629-2046
20752050   +AES/Suntrust,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
20752054   +Blatt, Hasenmiller, Leibsker & Moor,   125 S. Wacker Drive,   Suite 400,   Chicago, IL 60606-4440
20752055   +Bradley Sayad,   Attorney for Asset Acceptance,   PO Box 909886,   Chicago, IL 60690-9799
20752056   +Cap One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3438
20752058   +Circle Furn,   8133 South Cicero,   Chicago, IL 60652-2017
20752063   +Conscrdtsvcs/Consumer Credit Services In,   1501 S Commerce St,   Las Vegas, NV 89102-2703
20752067   +First National Bank Credit Card Center,   Attention: Bankruptcy Department,
             1620 Dodge St. Stop Code: 3105,   Omaha, NE 68197-0003
20752079   +Municipal Division - 1st District,   RE: 2007 M1 185435,   50 W. Washington St.,
             Chicago, IL 60602-1305
20752078   +Municipal Division - 1st District,   RE: 10 M1 180125,   50 W. Washington St.,
             Chicago, IL 60602-1305
20752082   +Sw Stdnt Srv,   Po Box 3251,   Evansville, IN 47731-3251
20752083   +Us Dept Of Education,   Po Box 5609,   Greenville, TX 75403-5609
20752085   +Xls/efr,   Pob 2461,   Harrisburg, PA 17105-2461
20752086   +Zale/cbsd,   Attn.: Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QPDLEVEY.COM Nov 07 2013 00:28:00      Phillip D Levey, ESQ,   2722 North Racine Avenue,
             Chicago, IL 60614-1206
20752051   +EDI: APPLIEDBANK.COM Nov 07 2013 00:28:00      Applied Card Bank,   Attention: Bankruptcy,
             Po Box 17125,   Wilmington, DE 19850-7125
20752052   +EDI: WFNNB.COM Nov 07 2013 00:28:00      Arizona Mail Order,   Wfnnb,   Po Box 182124,
             Columbus, OH 43218-2124
20752053   +EDI: ACCE.COM Nov 07 2013 00:28:00      Asset Acceptance,   PO Box 2036,   Warren, MI 48090-2036
20915574   +EDI: ATLASACQU.COM Nov 07 2013 00:28:00      Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
20752059    EDI: CITICORP.COM Nov 07 2013 00:28:00      Citibank Usa,
             Citicorp Credit Services/Attn:Centralize,   Po Box 20507,   Kansas City, MO 64195
20752057   +EDI: CAPITALONE.COM Nov 07 2013 00:28:00      Capital 1 Bank,   Attn: Bankruptcy Dept.,
             Po Box 30285,   Salt Lake City, UT 84130-0285
20752060   +EDI: WFNNB.COM Nov 07 2013 00:28:00      Comenity Bank/Jessica London,   Attention: Bankruptcy,
             P.O. Box 182686,   Columbus, OH 43218-2686
20752061   +EDI: WFNNB.COM Nov 07 2013 00:28:00      Comenity Bank/New York & Company,   Attention: Bankruptcy,
             P.O. Box 182686,   Columbus, OH 43218-2686
20752062   +EDI: WFNNB.COM Nov 07 2013 00:28:00      Comenity Bank/Woman Within,   Attention: Bankruptcy,
             Po Box 182686,   Columbus, OH 43218-2686
20752064   +EDI: RCSFNBMARIN.COM Nov 07 2013 00:28:00      Credit One Bank,   Po Box 98873,
             Las Vegas, NV 89193-8873
20752065    EDI: RCSDELL.COM Nov 07 2013 00:28:00      Dell Financial Services,   c/o DFS Customer Care Dept,
             PO Box 81577,   Austin, TX 78708
20752066   +EDI: TSYS2.COM Nov 07 2013 00:28:00      Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
20752068   +EDI: AMINFOFP.COM Nov 07 2013 00:28:00      First Premier Bank,   3820 N Louise Ave,
             Sioux Falls, SD 57107-0145
20752069   +EDI: GMACFS.COM Nov 07 2013 00:28:00      G M A C,   P O Box 380901,   Bloomington, MN 55438-0901
20752071   +EDI: RMSC.COM Nov 07 2013 00:28:00      GECRB/JC Penny,   Attention: Bankruptcy,   Po Box 103104,
             Roswell, GA 30076-9104
20752072   +EDI: RMSC.COM Nov 07 2013 00:28:00      GEMB / HH Gregg,   Attention: Bankruptcy,   Po Box 103106,
             Roswell, GA 30076-9106
20752070   +EDI: RMSC.COM Nov 07 2013 00:28:00      Gecrb/Care Credit,   Attn: bankruptcy,   Po Box 103104,
             Roswell, GA 30076-9104
20752073   +EDI: RMSC.COM Nov 07 2013 00:28:00      Gemb/walmart,   Attn: Bankruptcy,   Po Box 103104,
             Roswell, GA 30076-9104
20752074   +EDI: HFC.COM Nov 07 2013 00:28:00      Hsbc Bank,   Po Box 30253,   Salt Lake City, UT 84130-0253
20752075   +EDI: HFC.COM Nov 07 2013 00:28:00      Hsbc/carsn,   Po Box 30253,   Salt Lake City, UT 84130-0253
20752076   +EDI: HFC.COM Nov 07 2013 00:28:00      Hsbc/tax,   90 Christiana Road,   New Castle, DE 19720-3118
20752080   +EDI: SALMAESERVICING.COM Nov 07 2013 00:28:00      Sallie Mae,   Attn: Claims Department,
             Po Box 9500,   Wilkes-Barre, PA 18773-9500
20752081   +EDI: RMSC.COM Nov 07 2013 00:28:00      Sams Club / GEMB,   Attention: Bankruptcy Department,
             Po Box 103104,   Roswell, GA 30076-9104
20752084   +EDI: WFNNB.COM Nov 07 2013 00:28:00      Victoria's Secret,   Attention: Bankruptcy,
             Po Box 182125,   Columbus, OH 43218-2125
                                                                                               TOTAL: 25
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20752077          Metabnk/fhut
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: admin             Page 2 of 2         Date Rcvd: Nov 06, 2013
                              Form ID: b18            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2013                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2013 at the address(es) listed below:
              Jill M Arnold    on behalf of Debtor Gertie L Williams jill@lawsolutionsbk.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
                                                                                  TOTAL: 3
```